1  JANNA K. LOWENSTEIN (SBN 225371)
   Lowenstein Disability Lawyers, A.L.C.
2       15315 Magnolia Blvd., Suite 402
        Sherman Oaks, CA 91403
3       Tel:  (818) 905 6611
        Fax:  (818) 789 1375
4       Email: jklowenstein@yahoo.com

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10 M.F., minor, by her Guardian     )   CASE NO. CV 11-2790 RNB
   ad Litem, Pamela Marsden         )
11                                  )
              Plaintiff,            )   [PROPOSED] ORDER AWARDING
12                                  )   ATTORNEYS FEES PURSUANT TO
   vs.                              )   EAJA, 28 U.S.C. § 2412(d),
13                                  )   PURSUANT TO 28 U.S.C. § 1920
   MICHAEL J. ASTRUE,               )   _____
14 COMMISSIONER OF                  )
   SOCIAL SECURITY                  )
15                                  )
              Defendant             )
16 _____ )

17

18        Pursuant to the Stipulation between the parties, through their respective counsel,

19 awarding attorneys fees under EAJA,

20        IT IS HEREBY ORDERED

21        That  EAJA fees are awarded in the amount of  $1,750.00  subject to the terms of the

22 stipulation.

23 Dated:   February 15, 2012

24                                    _____
                                      ROBERT N. BLOCK
25                                    U.S. Magistrate Judge

26

27

28

---